Submitted on record and briefs February 4, reversed and remanded for further proceedings May 3, 2000 ·

In the Matter of Mark Hughes,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

MARK HUGHES,
*Appellant.*

(C980111MC; CA A103826)

999 P2d 1215

Susan D. Isaacs filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Philip Schradle, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

## PER CURIAM

Appellant, an alleged mentally ill person, appeals an order of civil commitment. He argues that the trial court erred in failing to advise him of his statutory rights as required by ORS 426.100(1). The state concedes that the trial court failed to provide the advice that the statute requires. We accept the state's concession.

Reversed and remanded for further proceedings.